**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Santos Chavez-Ramirez,<br><br>    Petitioner<br><br>v.<br><br>Chief Counsel for the District of Nevada DHS ICE,<br><br>    Respondents | Case No.: 2:26-cv-01069-JAD-MDC<br><br>**Order Dismissing Petition as Moot, Denying All Pending Motions, and Closing Case**<br><br>[ECF Nos. 7, 9, 13] |

Petitioner Santos Chavez-Ramirez filed a pro se petition for a writ of habeas corpus in early April 2026.  I appointed him counsel and prohibited the respondents from transferring him out of the district except for the purpose of effectuating a lawful deportation.[1]  On May 4, 2026, Chavez-Ramirez's attorney moved for a status conference, informing the court that Chavez-Ramirez had been released from custody on April 17, 2026, but attempts to reach the respondents to figure out where he went were left unanswered.[2]  Later that day, the government filed a notice explaining that Chavez-Ramirez was removed to Mexico on April 28, 2026.[3]  Chavez-Ramirez's counsel concedes that deportation moots the issues raised in the petition and that this case is "ripe for dismissal."[4]  So I deny the petition as moot and close this case.

---

[1] ECF No. 3.

[2] ECF No. 7.

[3] ECF No. 8.  *See also* ECF No. 10-1 (Chavez-Ramirez's Form I-205, reflecting that he was removed on April 24, 2026).  Chavez-Ramirez contends that the government violated at least two court orders by transferring the petition and failing to file a notice that he was deported within 5 days of his removal.  ECF Nos. 9, 13.

[4] ECF No. 13 at 2.

**Conclusion**

IT IS THEREFORE ORDERED that this case is **DISMISSED as moot** and all pending motions **[ECF Nos. 7, 9, 13] are DENIED.**  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 19, 2026

2